IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DAVID LEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITIGROUP, INC.; CITIFINANCIAL MORTGAGE COMPANY, INC.; RANDY BOCKENSTEDT; SURAJ JOSEPH; RANGER FAIRBANKS; PRISCILLA (PRINCELLA) RODGERS; KEN BONNER; and JOHN DOES No. 1-10,<br><br>　　　　Defendants. | No. CV 05-03028-PHX-NVW<br><br>**ORDER** |

Pursuant to the court's previous orders,

IT IS ORDERED that the Clerk enter judgment dismissing this action with prejudice as against Defendants Princella Rodgers and Keigh Cole Fairbanks IV, and without prejudice as against all other defendants. The Clerk shall terminate this action.

DATED this 1st day of May 2007.

　　　　　　　　　　　　　　　　　　／s／ Neil V. Wake
　　　　　　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　　　　　　　　　United States District Judge